IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
:
In re:                                              :    Chapter 11
                                                    :
NORTHWESTERN CORPORATION,                           :
                                                    :    Case No. 03-12872 (KJC)
              Reorganized Debtor.                   :
                                                    :
                                                    :    Re: Docket No. 3575
------------------------------------------------------------------------ x

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Magten Asset Management Corporation and Law Debenture Trust Company of New York, by and through their undersigned counsel, hereby appeal to the United States District Court for the District of Delaware from the Order In Aid of Execution of Plan Directing Transfer Agent to Invest Proceeds Received from Stock Tender Upon Consummation of Merger in Accordance with 11 U.S.C. § 345 (the "Cash-Out Order"), which was entered by United States Bankruptcy Judge Kevin J. Carey on February 2, 2007 (Docket No. 3575).  A copy of the Cash-Out Order appealed from is attached hereto as Exhibit A.

The names of all parties to the order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

**Parties**                              **Attorneys**

Magten Asset              Bonnie Fatell, Esq.              Bonnie Steingart, Esq.
Management Corporation    Dale Dubé, Esq.                  Gary L. Kaplan, Esq.
                          David Carickhoff, Esq.           Fried, Frank, Harris, Shriver &
                          Blank Rome LLP                   Jacobson LLP
                          1201 Market Street, Suite 800    One New York Plaza
                          Wilmington, DE 19801             New York, NY 10004
                          Telephone:  (302) 425-6400       Telephone:  (212) 859-8000

1

| | | |
|---|---|---|
| Law Debenture Trust Company of New York | Kathleen M. Miller, Esq.<br>Smith, Katzenstein & Furlow, LLP<br>800 Delaware Avenue, 7th Floor<br>P.O. Box 410<br>Wilmington, DE 19899<br>Telephone: (302) 652-8400 | John V. Snellings, Esq.<br>Amanda D. Darwin, Esq.<br>Nixon Peabody LLP<br>100 Summer Street<br>Boston, MA 02110<br>Telephone: (617) 345-1000 |
| NorthWestern Corporation | Victoria Watson Counihan, Esq.<br>Dennis A. Meloro., Esq.<br>Greenberg Traurig, LLP<br>The Nemours Building<br>1007 North Orange Street, Suite 1200<br>Wilmington, DE 19801<br>Telephone: (302) 661-7000 | Jesse H. Austin, III, Esq.<br>Paul, Hastings, Janofsky & Walker LLP<br>600 Peachtree Street, Suite 2400<br>Atlanta, GA 30308<br>Telephone: (404) 815-2400 |
| The Plan Committee | Neil B. Glassman, Esq.<br>Charlene Davis, Esq.<br>Eric Sutty, Esq.<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899<br>Telephone: (302) 655-5000 | Alan W. Kornberg, Esq.<br>Kelley A. Cornish, Esq.<br>Margaret A. Phillips, Esq.<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Telephone: (212) 373-3000 |

Dated: Wilmington, Delaware
February 12, 2007

                                          BLANK ROME LLP

                                          */s/ David W. Carickhoff*
                                          Bonnie Glantz Fatell (DE No. 3809)
                                          Dale Dubé (DE No. 2863)
                                          David W. Carickhoff (DE No. 3715)
                                          1201 Market Street, Suite 800
                                          Wilmington, DE 19801
                                          Telephone: (302) 425-6400
                                          Facsimile: (302) 425-6464

                                              -and -

FRIED, FRANK, HARRIS, SHRIVER &
   JACOBSON LLP
Bonnie Steingart, Esq.
Gary L. Kaplan, Esq.
One New York Plaza
New York, NY 10004
Telephone:  (212) 859-8000
Facsimile:   (212) 859-4000

Counsel for Magten Asset Management
   Corporation

-   and -

SMITH, KATZENSTEIN & FURLOW, LLP


*/s/ Kathleen M. Miller*
Kathleen M. Miller (DE No. 2898)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE  19899
Courier 19801
Telephone: (302) 652-8400
Facsimile:  (302) 652-8405

– and –

NIXON PEABODY LLP
John V. Snellings, Esq.
Amanda D. Darwin, Esq.
Nixon Peabody LLP
100 Summer Street
Boston, MA  02110
Telephone: (617) 345-1000
Facsimile:  (617) 345-1300


Counsel for Law Debenture Trust Company
   of New York

# Exhibit A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTHWESTERN CORPORATION,<br><br>             Reorganized Debtor. | :<br>:<br>:<br>:<br>:<br>:<br>: | Chapter 11<br><br>Case No. 03-12872 (KJC) |

**ORDER IN AID OF EXECUTION OF PLAN DIRECTING TRANSFER AGENT TO INVEST PROCEEDS RECEIVED FROM STOCK TENDER UPON CONSUMMATION OF MERGER IN ACCORDANCE WITH 11 U.S.C. § 345**

Upon consideration of *Reorganized NorthWestern's Motion Pursuant to 11 U.S.C. §§ 105(a) and 1142(b), and Rule 3020(d) of the Bankruptcy Rules Seeking Entry of an Order in Aid of Execution of Confirmed Plan of Reorganization* (the "Motion"), with due notice having been given and all interested parties having been given an opportunity to be heard, and based upon the record in this Chapter 11 case and after considering the arguments, presentations and evidence presented at the hearing to consider the Motion, and it appearing that the relief requested is in the best interests of Reorganized NorthWestern's remaining Chapter 11 estate and its creditors, and after due deliberation and for good and sufficient cause therefore,* it is hereby ORDERED as follows:

*[handwritten: and for the reasons stated on the record]*

1. The Motion is GRANTED and any objections thereto are overruled.

2. The Transfer Agent[1] holding the shares of New Common Stock in the Reorganized NorthWestern that are allocated to the Disputed Claims Reserve shall invest all cash proceeds it receives from Babcock & Brown Infrastructure Limited in connection with the Merger Agreement with respect to the New Common Stock held in the Disputed Claims Reserve, plus

---

[1] All capitalized terms not otherwise defined have the meaning ascribed to them in the Motion.

LEGAL_US_W # 55512315.2

any dividends paid on such stock prior to the effective date of the Merger Agreement (collectively the "Proceeds"), in one or more interest-bearing money market accounts with federally-regulated depository institutions in the United States in accordance with 11 U.S.C. § 345. Such Proceeds and all interest earned thereon after the effective date of the Merger Agreement shall be distributed in accordance with the Plan.

3. The Transfer Agent is relieved from any requirement that it be required to post any bond in conjunction with the investment of the Proceeds as might otherwise be required under 11 U.S.C. § 345 or otherwise.

4. This order shall take effect immediately upon entry.

5. The Court retains jurisdiction to hear and determine all matters arising from implementation of this order.

Dated: February __, 2007

_____
HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE