IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTHWESTERN CORPORATION, | C.A. No. 03-12872 (KJC) |
| Reorganized Debtor. | Re: D.I. 3575 |
| MAGTEN ASSET MANAGEMENT CORP. and LAW DEBENTURE TRUST COMPANY OF NEW YORK, | |
| Appellants/Movants, | |
| v. | Appeal No. 07-____ |
| NORTHWESTERN CORPORATION, | |
| Appellee/Respondent. | |

**EMERGENCY MOTION OF MAGTEN ASSET MANAGEMENT CORPORATION AND LAW DEBENTURE TRUST COMPANY OF NEW YORK FOR (I) A STAY PENDING APPEAL OF ORDER IN AID OF EXECUTION OF PLAN OF REORGANIZATION AND (II) EXPEDITED APPEAL**

Magten Asset Management Corporation ("Magten") and Law Debenture Trust Company of New York ("Law Debenture," together with Magten, the "Claimants") by and through their undersigned counsel, hereby respectfully move (this "Motion") this Court on an emergency basis pursuant to Rule 8005 of the Federal Rules of Bankruptcy Procedure and Rule 62 of the Federal Rules of Civil Procedure for (i) a Stay of the Order In Aid of Execution of Plan Directing Transfer Agent to Invest Proceeds Received from Stock Tender Upon Consummation of Merger in Accordance with 11 U.S.C. § 345 (the "Order") pending Claimants' appeal from that Order and (ii) an Expedited Appeal and for Relief from this Court's Standing Order on Mediation dated

120087.01600/40167392v.1

July 23, 2004 in this Appeal. Claimants submit the accompanying brief in support of this Motion.

Dated: Wilmington, Delaware
       February 23, 2007

          BLANK ROME LLP

          */s/ Dale R. Dubé*
          Dale R. Dubé (DE No. 2863)
          Bonnie G. Fatell (DE No.3809)
          David W. Carickhoff, Jr. (DE No. 3715)
          1201 Market Street, Suite 800
          Wilmington, DE 19801
          Telephone: (302) 425-6400
          Facsimile: (302) 425-6464

          - and -

          Bonnie Steingart
          Gary L. Kaplan
          John W. Brewer
          FRIED, FRANK, HARRIS, SHRIVER
             & JACOBSON LLP
          One New York Plaza
          New York, NY 10004
          Telephone: (212) 859-8000
          Facsimile: (212) 859-4000

          Counsel for Magten Asset Management
            Corporation

          - and -

Kathleen M. Miller (DE No. 2898)
SMITH, KATZENSTEIN & FURLOW, LLP
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899
Telephone:     (302) 652-8400
Facsimile: (302) 652-8405

- and -

John V. Snellings
Amanda Darwin
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
Telephone:     (617) 345-1000
Facsimile: (866) 947-1732

Counsel for Law Debenture Trust Company

## District of Delaware Local Rule 7.1.1 Certification

The undersigned attorney hereby certifies that reasonable efforts to reach agreement with counsel for appellee/respondent the NorthWestern Corporation on the matters set forth in the Emergency Motion were unavailing.

*Dale R. Dubé*
_____
Dale R. Dubé (D.E. No. 2863)

120087.01600/40167397v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| NORTHWESTERN CORPORATION, | ) ) ) | C.A. No. 03-12872 (KJC) |
| Reorganized Debtor. | ) ) ) | Re: D.I. 3575 |
| MAGTEN ASSET MANAGEMENT CORP. and LAW DEBENTURE TRUST COMPANY OF NEW YORK, | ) ) ) ) ) | |
| Appellants/Movants, | ) ) | |
| v. | ) ) | Appeal No. 07-_____ |
| NORTHWESTERN CORPORATION, | ) ) ) | |
| Appellee/Respondent. | ) ) | |

**ORDER SETTING BRIEFING AND HEARING
ON MOTION FOR STAY PENDING APPEAL**

AND NOW, upon the Emergency Motion of Appellants/Movants Magten Asset Management Corporation and the Law Debenture Trust Company of New York for Stay Pending Appeal (the "Motion for Stay Pending Appeal") of the Bankruptcy Court's Order in Aid of Execution of Plan Directing Transfer Agent to Invest Proceeds Received From Stock Tender Upon Consummation of Merger in Accordance With 11 U.S.C. Section 345, as docketed February 2, 2007 at D.I. 3575 in Bankruptcy Case 03-12872;

IT IS HEREBY ORDERED that:

1. A hearing on the Motion for Stay Pending Appeal shall go forward on _____, 2007 at _____ a.m./p.m. before the Honorable Joseph J. Farnan, Jr. at the

United States District Court for the District of Delaware, 844 North King Street, Courtroom 4B, Wilmington, Delaware 19801.

2. Any objections or responses to the Motion for Stay Pending Appeal shall be filed and served by _____, 2007.

3. Movants shall promptly provide notice of this Order to all parties who objected to, or otherwise requested to be heard regarding, the Emergency Motion for Stay Pending Appeal that was heard before the Bankruptcy Court below.

SO ORDERED this _____ day of _____, 2007.

_____
Hon. Joseph J. Farnan, Jr.
United States District Court Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| NORTHWESTERN CORPORATION, | ) ) ) | C.A. No. 03-12872 (KJC) |
| Reorganized Debtor. | ) ) ) | Re: D.I. 3575 |
| MAGTEN ASSET MANAGEMENT CORP. and LAW DEBENTURE TRUST COMPANY OF NEW YORK, | ) ) ) ) ) | |
| Appellants/Movants, | ) ) | |
| v. | ) ) | Appeal No. 07-_____ |
| NORTHWESTERN CORPORATION, | ) ) ) | |
| Appellee/Respondent. | ) ) | |

**ORDER SETTING BRIEFING FOR EMERGENCY MOTION OF MAGTEN ASSET MANAGEMENT CORPORATION AND LAW DEBENTURE TRUST COMPANY OF NEW YORK FOR (I) STAY PENDING APPEAL OF ORDER IN AID OF EXECUTION OF PLAN OF REORGANIZATION AND (II) EXPEDITED APPEAL**

AND NOW, upon the Emergency Motion (the "Motion")[1] of Appellants/Movants Magten Asset Management Corporation ("Magten") and Law Debenture Trust Company of New York ("Law Debenture," together with Magten, the "Claimants") for (i) Stay Pending Appeal of Order in Aid of Execution of Plan Directing Transfer Agent to Invest Proceeds Received From Stock Tender Upon Consummation of Merger in Accordance With 11 U.S.C. Section 345, as docketed February 2, 2007 at D.I. 3575 in Bankruptcy Case 03-12872 (the "Cash-Out Order") pending Claimants' appeal from the Cash-Out Order and (ii) Expedited Appeal; the Court having

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

reviewed the Motion and finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 158(a) and 1334; notice of the Motion was sufficient under the circumstances; and the Court having determined that the legal and factual basis set forth in the Motion establish just cause for the relief granted herein;

IT IS HEREBY ORDERED that:

1. The Motion is granted.

2. NorthWestern shall be prohibited from consummating the BBI Transaction and surrendering and converting the shares of New Common Stock in the Disputed Claims Reserve to cash until such time as the United States District Court for the District of Delaware's judgment on Claimants' pending appeal of the Cash-Out Order becomes effective and is not stayed pursuant to Rule 8017(a) of the Federal Rules of Bankruptcy Procedure.

3. The Standing Order on Mediation entered by this Court on July 23, 2004 shall not apply in this appeal.

4. Appellants' opening brief on the items designated for appeal shall be filed within 10 days of the date of entry of this Order or _____, 2007.

5. Appellee's responsive brief, if any, shall be filed within 10 days of the filing of the Appellants' opening brief or _____, 2007.

6. Appellants' reply brief to the response(s), if any, shall be filed with 5 days of Appellee's responsive brief or _____, 2007.

7. Appellants shall promptly provide notice of this Order to Appellee and any party who objected to, or otherwise requested to be heard regarding, the Emergency Motion for Stay Pending Appeal that was heard before the Bankruptcy Court below.

8. _____ If the Court wishes to hear argument with respect to the Appeal, it will notify the parties of the date and time scheduled for such argument.

2

120087.01600/40167395v.1

– OR –

_____ A hearing on the merits of the Appeal is hereby scheduled for _____, 2007 at \_\_\_\_\_ a.m./.p.m. before the Honorable Joseph J. Farnan, Jr. at the United States District Court for the District of Delaware, 844 North King Street, Courtroom 4B, Wilmington, Delaware 19801.

SO ORDERED this _____ day of _____, 2007.

                                                                                 _____
Hon. Joseph J. Farnan, Jr.
United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of February, 2007, I served by email and hand delivery the EMERGENCY MOTION OF MAGTEN ASSET MANAGEMENT CORPORATION AND LAW DEBENTURE TRUST COMPANY OF NEW YORK FOR (I) A STAY PENDING APPEAL OF ORDER IN AID OF EXECUTION OF PLAN OF REORGANIZATION AND (II) EXPEDITED APPEAL to the following:

Victoria Watson Counihan, Esquire
Dennis A. Meloro, Esquire
GREENBERG TRAURIG LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

Kathleen M. Miller, Esquire
SMITH KATZENSTEIN &
    FURLOW LLP
800 Delaware Avenue
P. O. Box 410
Wilmington, DE 19899

Neil B. Glassman, Esquire
Charlene D. Davis, Esquire
Eric M. Sutty, Esquire
THE BAYARD FIRM
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

I also certify that, on this 23rd day of February, 2007, I served the aforementioned document, by e-mail and Federal Express, upon the following participants:

John V. Snellings, Esquire
Amanda D. Darwin, Esquire
NIXON PEABODY LLP
100 Summer Street
Boston, Massachusetts 02110-2131

Alan W. Kornberg, Esquire
Margaret A. Phillips, Esquire
Ephraim I. Diamond, Esquire
PAUL, WEISS, RIFKIND, WHARTON
    & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019

Steven J. Reisman, Esquire
Joseph D. Pizzurro, Esquire
Nancy E. Delaney, Esquire
Miriam K. Harwood, Esquire
CURTIS, MALLET-PREVOST,
    COLT & MOSLE LLP
101 Park Avenue
New York, New York 10178-0061

Jesse H. Austin, Esq.
PAUL, HASTINGS, JANOFSKY &
    WALKER, LLP
600 Peachtree Street, N.E.
Atlanta, GA 30308

_____
Dale R. Dubé (I.D. No. 2863)

120087.01600/40167392v.1