

**BLANK ROME LLP**
COUNSELORS AT LAW

Phone:  (302) 425-6467
Fax:    (302) 425-6464
Email:  dube@blankrome.com

February 23, 2007

**HAND DELIVERY**

Clerk of the Court
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

    Re:    **Emergency Motion of Magten Asset Management Corporation and the Law Debenture Trust Company of New York for Stay Pending Appeal and for Expedited Appeal**

Dear Sir or Madam:

    On behalf of Appellants/Movants Magten Asset Management Corporation and the Law Debenture Trust Company of New York, I enclose for filing the Emergency Motion for Stay Pending Appeal of Order In Aid of Execution of Plan of Reorganization and for Expedited Appeal (the "Motion").

    By the Motion, Magten and Law Debenture seek (i) a stay pending appeal from the Order of the Bankruptcy Court docketed February 2, 2007 as D.I. 3575 in 03-12872-KJC (*In re: NorthWestern Corp.*) (the "Appeal"); (ii) expedited consideration of the Appeal; and (iii) relief from the Court's Standing Order dated July 23, 2004. The Notice of Appeal was filed on February 12, 2007. *Id.* at D.I. 3584. On February 20, 2007, the Bankruptcy Court denied Appellants' motion for a stay pending decision on the Appeal (order pending docketing).

    If the Court's calendar permits, we respectfully request that the Motion be assigned to The Honorable Joseph J. Farnan, Jr. for emergency consideration. Judge Farnan currently has before him numerous other matters between the parties arising from the *NorthWestern* bankruptcy.

    Because the Motion is being filed on an emergency basis, the Bankruptcy Court has not yet transmitted the record on appeal. For the Court's convenience, the pertinent documents are attached as exhibits to my Declaration, filed contemporaneously herewith.

**BLANK ROME** LLP
COUNSELORS AT LAW

Clerk of Court
District Court for the District of Delaware
February 23, 2007
Page 2

    The Court's prompt attention is greatly appreciated. Counsel is available by telephone, should the Court have any questions.

Respectfully submitted,

Dale R. Dubé
I.D. No. 2863

- and -

Kathleen M. Miller
I.D. No. 2898
SMITH KATZENSTEIN & FURLOW LLP
800 Delaware Avenue
P. O. Box 410
Wilmington, DE 19899

DRD/pb
Enclosure
cc:    Jesse H. Austin, III, Esquire  (via e-mail and Federal Express)
       John W. Brewer, Esquire
       David W. Carickhoff, Esquire
       Victoria W. Counihan, Esquire  (via e-mail and hand delivery)
       Amanda Darwin, Esquire  (via e-mail and Federal Express)
       Charlene D. Davis, Esquire  (via e-mail and hand delivery)
       Nancy E. Delaney, Esquire  (via e-mail and Federal Express)
       Ephraim I. Diamond, Esquire  (via e-mail and Federal Express)
       Bonnie G. Fatell, Esquire
       Neil B. Glassman, Esquire  (via e-mail and hand delivery)
       Miriam K. Harwood, Esquire  (via e-mail and Federal Express)
       Gary L. Kaplan, Esquire
       Alan W. Kornberg, Esquire  (via e-mail and Federal Express)
       Dennis A. Meloro, Esquire  (via e-mail and hand delivery)
       Jordanna L. Nadritch, Esquire
       Margaret A. Phillips, Esquire  (via e-mail and Federal Express)
       Joseph D. Pizzurro, Esquire  (via e-mail and Federal Express)



Clerk of Court
District Court for the District of Delaware
February 23, 2007
Page 3

      Steven J. Reisman, Esquire  (via e-mail and Federal Express)
      Lauren Nicole Slusser, Esquire
      John V. Snellings, Esquire  (via e-mail and Federal Express)
      Bonnie Steingart, Esquire
      Eric M. Sutty, Esquire  (via e-mail and hand delivery)