IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| NORTHWESTERN CORPORATION, | : | Case No. 03-12872 (KJC) |
| | : | |
| Reorganized Debtor. | : | |
| | : | |
| | : | |

**APPELLEE NORTHWESTERN CORPORATION'S COUNTER-DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL AND COUNTER-STATEMENT OF ISSUES PRESENTED ON APPEAL**

NorthWestern Corporation ("NorthWestern" or "Appellee"), the Reorganized

Debtor in the above-captioned bankruptcy case and the appellee in the appeal filed on February

12, 2007 (Docket No. 3590) by Magten Asset Management Corporation ("Magten") and Law

Debenture Trust Company of New York (together with Magten, the "Appellants") in respect of

the *Order in Aid of Execution of Plan Directing Transfer Agent to Invest Proceeds Received*

*From Stock Tender Upon Consummation of Merger in Accordance With 11 U.S.C. § 345* (the

"Order on Appeal"), entered by the United States Bankruptcy Court for the District of Delaware,

Hon. Kevin J. Carey, on February 2, 2007 (Docket No. 3575), hereby files its Counter-

Designation of additional items to be included in the record on appeal to the United States

District Court for the District of Delaware, and its Counter-Statement of Issues Presented on

Appeal, pursuant to Fed. R. Bankr. P. 8006.

**Appellee's Identification of Additional Items to be Included in the Record on Appeal**

| Appellee's Exhibit No. | Case and Docket Number | Description |
|---|---|---|
| | **United States Bankruptcy Court, District of Delaware, Bankruptcy Case No. 03-12872** | |
| 1 | 2274 | October 25, 2004 Order Denying Emergency Motion of Magten Asset Management Corporation for a Stay Pending Appeal of the Order Confirming the Debtor's Second Amended and Restated Plan of Reorganization |
| 2 | 2256 | Emergency Motion To Stay Pending Appeal of the Order Confirming the Debtor's Second Amended and Restated Plan of Reorganization Filed by Magten Asset Management Corp (including all attachments thereto). |
| 3 | 2262 | Official Committee of Unsecured Creditors' Objection to Emergency Motion of Magten Asset Management Corporation for Stay Pending Appeal of Order Confirming Debtor's Second Amended and Restated Plan of Reorganization |
| 4 | 2263 | Debtor's Objection to Emergency Motion of Magten Asset Management Corporation for Stay Pending Appeal of Order Confirming Debtor's Second Amended and Restated Plan of Reorganization. |
| 5 | 2274 | Order Denying Emergency Motion of Magten Asset Management Corporation for a Stay Pending Appeal of the Order Confirming the Debtor's Second Amended and Restated Plan of Reorganization. |
| 6 | 2311 | Order Approving Settlement Between Debtor, Cornerstone Propane Partners, L.P. And Cornerstone Propane, L.P. |
| 7 | 2326 | Order Approving Stipulation Between Northwestern Corporation and Cornerstone Energy Limited Partnership (including all attachments thereto). |
| 8 | 2732 | Order Approving Stipulation by and Between the Debtor and Law Debenture Trust Company of New York. |
| 9 | 3195 | Order Granting Motion to Authorize and Approve Stipulation of Settlement Between Northwestern Corporation and Certain Members of the Northwestern Corporation Cash Balance Supplemental Executive Retirement Plan and the Northwestern Energy Executive Long-Term Incentive Plan. |

| 10 | 3201 | Order Authorizing Northwestern to Enter into Stipulations of Settlement with Certain Members of the Northwestern Corporation Supplemental Income Security Plan, the Northwestern Public Service Company Deferred Compensation Plan for Non-Employee Directors, and the Northwestern Public Service Company Directors' Retirement Plan. |
|----|------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 11 | 3204 | Order Authorizing Northwestern to Enter into Stipulations of Settlement with Certain Individuals with Retirement or Consulting Agreements. |
| 12 | 3214 | Order Authorizing Debtor to Enter Into Stipulation of Settlement With the Claimants Under the Montana Power Company Benefit Restoration Plan. |
| 13 | 3257 | Order Approving Stipulation Between Northwestern Corporation and Herman Gonzales, Fawn Lyons, Ken Laudato and Other Similarly Situated Putative Class Action Plaintiffs. |
| 14 | 3260 | Order Approving the Settlement Agreement Between Kenneth Kovack, as Personal Representative for the Estate of Donald Kovack, Francine Kovack and Diane Kovack (Colton) (Claim No 1082). |
| 15 | 3261 | Order Approving the Settlement Agreement Between Northwestern Corporation, Douglas Nelson and Shila Fisher (Claim No 512). |
| 16 | 3262 | Order Approving Settlement Agreement Between Northwestern Corporation and Rebecca Meyer, as Personal Representative for the Estate of Orval Meyer (Claim No 944). |
| 17 | 3263 | Order Allowing the Claims of Skadden Arps Slate Meagher & Flom (Claim No. 361), Kurt Whitesel (Claim No. 614) and Cendant Mobility (Claim No. 693). |
| 18 | 3264 | Order Approving Settlement Between Northwestern Corporation and Daniel Newell (Claim No. 759). |
| 19 | 3265 | Order Approving Settlement Agreement Between Northwestern Corporation and Milbank, Tweed, Hadley & McCloy LLP (Claim No. 312). |
| 20 | 3266 | Order Approving Settlement Agreement Between Northwestern Corporation and First Interstate Bank and Missoula Parking Commission (Claim No. 1086). |

| 21 | 3267 | Order Approving Settlement Agreement Between Northwestern Corporation, Roger Rohr and Carol Rohr (Claim No. 793). |
|---|---|---|
| 22 | 3268 | Order Approving Stipulation by, Between and Among Northwestern Corporation, Netexit, Inc. and John Charters Resolving Northwestern Claim Number 559 and Netexit Claim Numbers 157 and 158. |
| 23 | 3272 | Order Approving Settlement Between Northwestern Corporation and James J. Murphy (Claim No. 825). |
| 24 | 3273 | Order Approving Settlement Between Northwestern Corporation and Merle Lewis (Claim Nos. 489 and 1081). |
| 25 | 3274 | Order Approving Settlement Between NorthWestern Corporation and Richard R. Hylland (Claim Nos. 695, 696 and 813). |
| 26 | 3286 | Order Approving Stipulation by and Between Northwestern Corporation and Linda Lindeman (Claim No. 548). |
| 27 | 3290 | Order Approving Settlement by and Between Northwestern Corporation and Michael Young (Claim No. 827). |
| 28 | 3291 | Order Approving Allowance of Claims of Patrick Coleman (No. 915). |
| 29 | 3307 | Order Authorizing and Approving Settlement Agreement of Debtor With PPL Montana, LLC and PPL Global, LLC. |
| 30 | 3315 | Order Approving Stipulation by and Among Northwestern Corporation, Revenue Management (Claim Number 62), AT&T Corporation (Claim Numbers 193 and 1080) and Contrarian Capital Trade Claims L.P. (Claim Number 1067). |
| 31 | 3317 | Order Approving Stipulation by and Between Northwestern Corporation and Minerals Management Service (Claim No. 1040). |
| 32 | 3377 | Order Granting Debtor's Thirteenth Omnibus Objection to Expanets Claims (Substantive). |
| 33 | 3381 | Order Approving Stipulation Between Northwestern Corporation and the Confederated Salish and Kootenai Tribes of the Flathead Nation (Claim Nos. 674 and 1046). |
| 34 | 3428 | Order Approving Stipulation and Agreed Order Between Northwestern Corporation and Mattson Plaintiffs Regarding |

| | | Resolution of Certain Disputes. |
|---|---|---|
| | **United States District Court, District of Delaware, Civ. Action No. 04-1389** | |
| 35 | 16 | October 29, 2004 Order Denying Magten's Motion for a Stay Pending Appeal of the Confirmation Order |
| 36 | 17 | Transcript of the October 29, 2004 Hearing to Consider Magten's Motion for a Stay Pending Appeal of the Confirmation Order |
| 37 | 59 | June 30, 2005 Memorandum of Law of Magten in Opposition to NorthWestern Motion to Dismiss Consolidated Appeals |
| 38 | 102 | September 29, 2006 Memorandum Opinion Granting NorthWestern Corporation's Motion to Dismiss Consolidated Appeals of Magten |
| 39 | 103 | September 29, 2006 Order Granting NorthWestern Corporation's Motion to Dismiss Consolidated Appeals of Magten |
| | **United States Bankruptcy Court, District of Delaware, Adv. Pro. No. 05-50866** | |
| 40 | 9 | June 30, 2005 Response and Memorandum of Law of Magten and Law Debenture to Defendants' Motion to Stay Adversary Proceeding Pending Resolution of the Confirmation Order Appeal |

## Appellee's Counter-Statement of Issues Presented on Appeal

Appellants' Statement of the Issues Presented on Appeal (Docket No. 3598)

("Appellants' Statement"), does not correctly reflect the issues determined by the Bankruptcy

Court and addressed in the Order on Appeal.  In the Order on Appeal, the Bankruptcy Court

granted *Reorganized NorthWestern's Motion Pursuant to 11 U.S.C. §§105(a) and 1142(b), and*

*Rule 3020(d) of the Bankruptcy Rules, Seeking Entry of an Order in Aid of Execution of*

*Confirmed Plan of Reorganization* (the "Motion in Aid of Execution") (Docket No. 3544).   The

Motion in Aid of Execution made a specific and narrow request to the Bankruptcy Court, that is,

to authorize the transfer agent who holds the shares of NorthWestern New Common Stock

allocated to the Disputed Claims Reserve to invest in interest-bearing accounts the cash proceeds it receives for such shares upon consummation of the April 26, 2006 Merger Agreement executed between NorthWestern and Babcock & Brown Infrastructure Limited ("BBI"). The Motion in Aid of Execution did not request the Bankruptcy Court's permission to distribute cash as payment of Appellants' claims against NorthWestern's bankruptcy estate instead of shares of New Common Stock, as suggested in Appellants' Statement, nor did it request approval of the merger itself -- a post-confirmation transaction which has already been approved by NorthWestern's shareholders over ten months ago pursuant to Delaware Law, and over which the Bankruptcy Court does not have jurisdiction.

The Bankruptcy Court's Order on Appeal granting NorthWestern's Motion in Aid of Execution contained a narrow and specific directive to the transfer agent, LaSalle Bank, N.A., to invest all cash proceeds it receives in connection with the BBI Merger in exchange for the New Common Stock held in the Disputed Claims Reserve, plus any dividends paid on such stock prior to the effective date of the Merger Agreement, in one or more interest-bearing money market accounts with federally regulated depository institutions in the United States in accordance with 11 U.S.C. § 345. The Order on Appeal also relieves LaSalle of any requirement it might otherwise have had to post a bond in conjunction with its investment of the funds.

Accordingly, the issue presented in this appeal is:

1.      Whether the Bankruptcy Court correctly ruled that the transfer agent holding shares of NorthWestern New Common Stock set aside in the Disputed Claims Reserve under NorthWestern's Chapter 11 Plan is permitted to invest the cash proceeds received in exchange for such shares pursuant to the BBI-NorthWestern merger, plus any dividends paid on such stock prior to the effective date of the Merger Agreement, in interest-bearing accounts with

federally regulated depository institutions in the United States, until such time as all distributions

to creditors from the Disputed Claims Reserve pursuant to the Plan have been completed.

Dated:  March 2, 2007

GREENBERG TRAURIG, LLP

/s/ Dennis A. Meloro
Victoria Watson Counihan (No. 3488)
Dennis A. Meloro (No. 4435)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
Telephone:  (302) 661-7000

- and -

CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP
101 Park Avenue
New York, New York 10178
Joseph D. Pizzurro
Steven J. Reisman
Nancy E. Delaney
Miriam K. Harwood
Telephone:  (212) 696-6000

*Co-Counsel for NorthWestern Corporation*
