IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTHWESTERN CORPORATION, | ) | Case No. 03-12872 (KJC) |
| | ) | |
| Reorganized Debtor. | ) | Re: Docket No. 3608 |
| | ) | |

## THE PLAN COMMITTEE'S JOINDER TO APPELLEE NORTHWESTERN CORPORATION'S COUNTER-DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL AND COUNTER-STATEMENT OF ISSUES PRESENTED ON APPEAL

The Plan Committee (the "Plan Committee") appointed in the above-captioned chapter 11 case of NorthWestern Corporation ("NOR") pursuant to Section 7.9 of NOR's Second Amended and Restated Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (the "Plan") [Docket No. 2020], by and through its undersigned counsel, in connection with the appeal of the Order in Aid of Execution of Plan Directing Transfer Agent to Invest Proceeds Received from Stock Tender Upon Consummation of Merger in Accordance with 11 U.S.C. § 345, entered on the docket by this Court on February 2, 2007 [Docket No. 3575], by Magten Asset Management Corporation and Law Debenture Trust Company of New York, hereby files this joinder to NOR's Counter-Designation of Additional Items to be Included in the Record on Appeal and Counter-Statement of Issues Presented on Appeal to the United States District Court for the District of Delaware filed on March 2, 2007 [Docket No. 3608] and in support states as follows:

1. The Plan Committee joins in NOR's additional items to be included in the record on appeal.

2.  The Plan Committee joins in NOR's counter-statement of the issues presented on appeal.

3.  The Plan Committee reserves all rights to amend or supplement this joinder.

Dated: March 2, 2007

THE BAYARD FIRM

By: *[signature]*
Neil B. Glassman (No. 2087)
Charlene Davis (No. 2336)
Eric M. Sutty (No. 4007)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

-and-

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Alan W. Kornberg
Kelley A. Cornish
Margaret A. Phillips
1285 Avenue of the Americas
New York, New York 10019
Telephone No.: (212) 373-3000
Facsimile No.: (212) 757-3990

Attorneys for the Plan Committee