IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #** 14

IN RE: Northwestern Corporation

---

| | | |
|---|---|---|
| Magten Asset Management Corp. and Law Debenture Trust Company of New York | ) ) ) ) | |
| Appellants | ) | Civil Action No.   07-114 |
| v. | ) ) | |
| Northwestern Corporation | ) ) | |
| Appellee | ) | Bankruptcy Case No. 03-12872 KJC<br>AP 07-7 |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following order of the Bankruptcy Court dated 2/2/07 was docketed in the District Court on 3/7/07:

> Order In Aid of Execution of Plan Directing Transfer Agent to Invest Proceeds Received from Stock Tender Upon Consummation of Merger In Accordance with 11 U.S.C. section 345

Please place the civil action number and caption listed above on all papers concerning this matter. **In light of pending motions, mediation requirements will be stayed until said motions are resolved**.  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

Peter T. Dalleo
Clerk of Court

Date:   3/7/07

To:    U.S. Bankruptcy Court
       Counsel