

*Phone:*   *(302) 425-6467*
*Fax:*     *(302) 425-6464*
*Email:*   *dube@blankrome.com*

March 9, 2007

**BY CM/ECF AND HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

      Re:   *Magten Asset Management Corp. and Law Debenture Trust Co. of New York, Appellants v. NorthWestern Corporation, Appellee.;* **Appeal No. 07-114-JJF**

Your Honor:

      On February 23, 2007, Magten Asset Management Corporation ("Magten") and the Law Debenture Trust Company of New York ("Law Debenture") filed a joint Emergency Motion for Stay Pending Appeal (the "Emergency Motion") of the Bankruptcy Court's Order In Aid of Execution of [NorthWestern's confirmed and consummated] Plan of Reorganization. D.I. 2.

      By the Emergency Motion, Magten and Law Debenture (collectively, "Appellants") seek (i) a stay pending their appeal (the "Appeal") of the Order of the Bankruptcy Court docketed February 2, 2007 as D.I. 3575 in 03-12872-KJC (*In re: NorthWestern Corp.*) (the "NorthWestern Bankruptcy Case"); (ii) expedited consideration of the Appeal; and (iii) relief from this Court's Standing Order dated July 23, 2004. The Notice of Appeal (D.I. 1) was filed on February 12, 2007. *Id.* at D.I. 3584. On February 20, 2007, the Bankruptcy Court denied Appellants' motion for a stay pending decision on the Appeal. *Id.* at 3602.

      For the exigent reasons set forth in the Emergency Motion and supporting Declaration of David W. Carickhoff, Esquire (D.I. 5), Appellants respectfully request pursuant to Local Rule 7.1.4 that Your Honor set a date for hearing the Emergency Motion at the Court's earliest convenience. In order to facilitate the request for expedited treatment, Appellants are willing to



**BLANK ROME LLP**
COUNSELORS AT LAW

The Honorable Joseph J. Farnan, Jr.
March 9, 2007
Page 2

forego their opportunity to file a reply brief in support of the Emergency Motion. Briefing should, therefore, be considered complete.

Further, Appellants believe that Your Honor's recent decisions concerning two appeals filed in connection with an earlier order entered by the Bankruptcy Court in the NorthWestern Bankruptcy Case (D.I. 21-22 in 06-157-JJF and D.I. 12-13 in 06-158-JJF, the "Recent Decisions") are instructive on the present Appeal and the Emergency Motion. In the Recent Decisions, Your Honor concludes that the NorthWestern plan language at issue was clear and unambiguous, and that modifying a provision of such a confirmed and substantially consummated plan is prohibited by Section 1127(b) of the Bankruptcy Code. *See* D.I. 21, p.5 in 06-157-JJF; and D.I. 12, p.5 in 06-158-JJF. The Recent Decisions succinctly address the crux of the issues to be presented by the Appeal and Emergency Motion.

We appreciate the Court's attention to this request. Counsel is available by telephone, should Your Honor have any questions.

Respectfully submitted,

*/s/ Dale Dubé*

Dale R. Dubé
I.D. No. 2863

- and -

Bonnie Steingart
FRIED, FRANK, HARRIS, SHRIVER &
    JACOBSON LLP
One New York Plaza
New York, NY 10004

DRD/pb
cc:  Clerk of Court (via hand delivery)
     Jesse H. Austin, III, Esquire  (via e-mail and Federal Express)
     John W. Brewer, Esquire
     David W. Carickhoff, Esquire
     Victoria W. Counihan, Esquire  (via e-mail and hand delivery)
     Amanda Darwin, Esquire  (via e-mail and Federal Express)
     Charlene D. Davis, Esquire  (via e-mail and hand delivery)



The Honorable Joseph J. Farnan, Jr.
March 9, 2007
Page 3

  Nancy E. Delaney, Esquire  (via e-mail and Federal Express)
  Ephraim I. Diamond, Esquire  (via e-mail and Federal Express)
  Bonnie G. Fatell, Esquire
  Neil B. Glassman, Esquire  (via e-mail and hand delivery)
  Miriam K. Harwood, Esquire  (via e-mail and Federal Express)
  Gary L. Kaplan, Esquire
  Alan W. Kornberg, Esquire  (via e-mail and Federal Express)
  Dennis A. Meloro, Esquire  (via e-mail and hand delivery)
  Kathleen M. Miller  (via e-mail and hand delivery)
  Jordanna L. Nadritch, Esquire
  Margaret A. Phillips, Esquire  (via e-mail and Federal Express)
  Joseph D. Pizzurro, Esquire  (via e-mail and Federal Express)
  Steven J. Reisman, Esquire  (via e-mail and Federal Express)
  Lauren Nicole Slusser, Esquire
  John V. Snellings, Esquire  (via e-mail and Federal Express)
  Eric M. Sutty, Esquire  (via e-mail and hand delivery)