IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| NORTHWESTERN CORPORATION, | : Bankr. Case No. 03-12872 (KJC) |
| Debtor. | : |
| MAGTEN ASSET MANAGEMENT CORPORATION and LAW DEBENTURE TRUST COMPANY OF NEW YORK, | : Civil Case No. 07-114 |
| Appellants, | : |
| v. | : |
| NORTHWESTERN CORPORATION, | : |
| Appellee. | : |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that the firm of Paul, Hastings, Janofsky & Walker, LLP is no longer counsel for Appellee, NorthWestern Corporation and hereby should be removed from all service lists as counsel to NorthWestern Corporation.

Dated: March 12, 2007

GREENBERG TRAURIG, LLP

Victoria W. Counihan (No. 3488)
Dennis A. Meloro (No. 4435)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(302) 661-7000

Counsel to NorthWestern Corporation

## CERTIFICATE OF SERVICE

I, Dennis A. Meloro, hereby certify that on the ___ day of March 2007, a true and correct copy of the *Notice of Withdrawal of Counsel* was served upon the parties listed below via First Class, United States Mail.

Kathleen Miller, Esq.  
Smith Katenstein & Furlow  
The Corporate Plaza  
800 Delaware Avenue  
Wilmington DE 19801  

Neil Glassman, Esq.  
The Bayard Firm  
222 Delaware Avenue, Suite 900  
Wilmington DE 19801  

Dale Dube, Esq.  
Blank Rome LLP  
1201 Market Street, Suite 800  
Wilmington DE 19801  

John Snellings, Esq.  
Nixon Peabody LLP  
100 Summer Street  
Boston MA 02110  

Alan Kornberg, Esq.  
Paul, Weiss, Rifkind, Wharton & Garrison LLP  
1285 Avenue of the Americas  
New York NY 10019  

Bonnie Steingart, Esq.  
Gary Kaplan, Esq.  
Fried, Frank, Harris, Shriver & Jacobson LLP  
One New York Plaza  
New York NY 10004  

Dated: March ___, 2007

_____  
Dennis A. Meloro (No. 4435)  
GREENBERG TRAURIG, LLP  
The Nemours Building  
1007 North Orange Street, Suite 1200  
Wilmington, DE 19801  
(302) 661-7000