IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | : |
| | : Chapter 11 |
| NORTHWESTERN CORPORATION, | : |
| | : |
| Reorganized Debtor. | : Case No. 03-12872 (KJC) |
| | : |
| MAGTEN ASSET MANAGEMENT CORP. | : |
| and LAW DEBENTURE TRUST | : |
| COMPANY OF NEW YORK, | : |
| | : |
| Appellant, | : |
| | : |
| v. | : Civil Action No. 07-114-JJF |
| | : |
| NORTHWESTERN CORPORATION, | : |
| | : |
| Appellee. | : |

O R D E R

At Wilmington, this ___1___ day of August 2007, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that the February 1, 2007 Order of the United States Bankruptcy Court for the District of Delaware granting the Motion Pursuant To 11 U.S.C. §§ 105(a) And 1142(b) And Rule 3020(d) Of The Bankruptcy Rules Seeking Entry Of An Order In Aid Of Execution Of Confirmed Plan Or Reorganization filed by the Reorganized Debtor, NorthWestern Corporation is **AFFIRMED**.

_____
UNITED STATES DISTRICT JUDGE